## Commonwealth *v.* Falce, Appellant.

Argued November 15, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WATKINS, MONTGOMERY, and FLOOD, JJ. (WOODSIDE, J., absent).

*John R. Vlha,* with him *Henry Mustin,* for appellant.

*William Claney Smith,* Assistant District Attorney, with him *Edward C. Boyle,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 12, 1962:

The six judges who heard the argument in this case being equally divided in opinion, the judgment of sentence is affirmed.